UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.                                    No. 00-4432

HENRY WILLIS BROWN, JR.,
            *Defendant-Appellant.*



Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
James A. Beaty, Jr., District Judge.
(CR-99-249)

Submitted: October 12, 2000

Decided: October 25, 2000

Before WILLIAMS and MOTZ, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

J. Clark Fischer, RANDOLPH & FISCHER, Winston-Salem, North
Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney,
Michael F. Joseph, Assistant United States Attorney, Greensboro,
North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Henry Willis Brown, Jr., appeals from a four-year term of probation imposed following his convictions for converting Social Security disability benefits, 42 U.S.C. § 1383a(a)(4) (1994), and making a false statement to the Social Security Administration, 18 U.S.C. § 1001 (1994). He claims that the evidence was insufficient to support his convictions. Finding no reversible error, we affirm his convictions and sentence.

We review a jury verdict for the sufficiency of the evidence by determining whether there is substantial evidence, when viewed in the light most favorable to the government, to support the verdict. *See Glasser v. United States*, 315 U.S. 60, 80 (1942). In evaluating the sufficiency of the evidence, we do not review the credibility of the witnesses, and we assume that the jury resolved all contradictions in the testimony in favor of the government. *See United States v. Romer*, 148 F.3d 359, 364 (4th Cir. 1998), *cert. denied*, ___ U.S. ___, 119 S. Ct. 1032 (1999). We have reviewed the record and briefs and find sufficient evidence to support Brown's convictions. Accordingly, we affirm Brown's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
                    *Plaintiff-Appellee,*

                    v.                                No. 00-4432

HENRY WILLIS BROWN, JR.,
                    *Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
James A. Beaty, Jr., District Judge.
(CR-99-249)

Submitted: October 12, 2000

Decided: October 25, 2000

Before WILLIAMS and MOTZ, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

J. Clark Fischer, RANDOLPH & FISCHER, Winston-Salem, North
Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney,
Michael F. Joseph, Assistant United States Attorney, Greensboro,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Henry Willis Brown, Jr., appeals from a four-year term of probation imposed following his convictions for converting Social Security disability benefits, 42 U.S.C. § 1383a(a)(4) (1994), and making a false statement to the Social Security Administration, 18 U.S.C. § 1001 (1994). He claims that the evidence was insufficient to support his convictions. Finding no reversible error, we affirm his convictions and sentence.

We review a jury verdict for the sufficiency of the evidence by determining whether there is substantial evidence, when viewed in the light most favorable to the government, to support the verdict. *See Glasser v. United States*, 315 U.S. 60, 80 (1942). In evaluating the sufficiency of the evidence, we do not review the credibility of the witnesses, and we assume that the jury resolved all contradictions in the testimony in favor of the government. *See United States v. Romer*, 148 F.3d 359, 364 (4th Cir. 1998), *cert. denied*, ___ U.S. ___, 119 S. Ct. 1032 (1999). We have reviewed the record and briefs and find sufficient evidence to support Brown's convictions. Accordingly, we affirm Brown's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*